No. 957.   DICK *v.* NEW YORK LIFE INSURANCE Co. C. A. 8th Cir.   Certiorari granted.   MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Pershing Boe* for petitioner. *Harold W. Bangert* for respondent.

No. 998.   SAN DIEGO BUILDING TRADES COUNCIL ET AL. *v.* GARMON ET AL.   Supreme Court of California.   Certiorari granted.   Motion to use record in No. 50, October Term, 1956, granted. *Charles P. Scully, Walter Wencke* and *Mathew Tobriner* for petitioners. *James W. Archer* for respondents.

No. 790, Misc.   WILLIAMS *v.* OKLAHOMA.   Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Criminal Court of Appeals of Oklahoma granted.

No. 655.   DONG WING OTT ET AL. *v.* MURFF, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir.   Certiorari denied. *Elmer Fried* for petitioners. *Solicitor General Rankin* for respondent.

No. 1002.   FLORIDA EX REL. ARNOLD *v.* REVELS, CIRCUIT COURT JUDGE.   Supreme Court of Florida.   Certiorari denied. *Chester Bedell* for petitioner.